THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Amber Clark-Scherer,       
Appellant.
 
 
 

Appeal From Lexington County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-313
Submitted February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM: Amber Clark-Scherer appeals 
 from her guilty plea to three counts of breach of trust with fraudulent intent.  
 Clark-Scherer asserts the trial court erred in accepting her guilty plea without 
 inquiring into whether she understood that the pleas would waive her right to 
 confront her accusers and the privilege against self-incrimination.  After a 
 thorough review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] Clark-Scherers appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.